KAPLAN, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DANA CORPORATION, et al.,<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 06-10353 (BRL)<br>Jointly Administered |
| APPALOOSA MANAGEMENT L.P.,<br><br>　　　　Appellants.<br><br>v.<br><br>DANA CORPORATION, et al.,<br><br>　　　　Appellees. | 07 Civ. 07942 (LAK) |

**STIPULATION REGARDING BRIEFING SCHEDULE**

The parties, through their respective counsel, hereby stipulate to the entry of an order establishing the following briefing schedule in the above-captioned appeal:

1. Appellant, Appaloosa Management L.P. ("Appaloosa"), shall file and serve its opening brief on Wednesday, October 10, 2007.

2. Appellees, Dana Corporation, et al., shall file and serve their opening briefs on Tuesday, October 30, 2007.



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/07

3. Appaloosa shall file and serve its reply brief on Friday, November 9, 2007.

Dated: September 28, 2007
New York, New York

By: _____
J. Christopher Shore (JCS-6031)

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
J. Christopher Shore (JCS-6031)
Gerard Uzzi (GU-2297)

ATTORNEYS FOR APPALOOSA
MANAGEMENT L.P.

Dated: September 28, 2007
New York, New York

By: _____
Kate Bushman (KB-9280)

JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Corinne Ball (CB-8203)
Kate Bushman (KB-9280)

ATTORNEYS FOR DANA CORPORATION,
ET AL.

So-Ordered

_____
U.S.D.J.

10/2/07