**WHITE & CASE**

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787

Tel  + 1 212 819 8200
Fax + 1 212 354 8113
www.whitecase.com

October 10, 2007

OCT 1 2 2007

JUDGE KAPLAN'S CHAMBERS

BY HAND

Honorable Lewis A. Kaplan
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/07

Re:  Appaloosa Management L.P. v. Dana Corporation, et al., (In re Dana Corporation, et al.), under Case No. 07 Civ. 07942 (LAK)

Dear Judge Kaplan:

White & Case LLP represents Appaloosa Management L.P. ("Appaloosa"), the Appellants in the above-referenced appeal. On September 28, 2007, Appaloosa and Dana Corporation ("Dana") and its affiliated debtors, the Appellees, entered into and filed with the Court a stipulated briefing schedule (the "Stipulation"). Under the Stipulation, the deadline for filing Appaloosa's opening brief was set for Wednesday, October 10, 2007.

Since the filing of the Stipulation, Appaloosa and Dana have continued to engage in negotiations relevant to this appeal. To further continue those negotiations, Jones Day, on behalf of Dana, and White & Case LLP, on behalf of Appaloosa, have agreed to extend the deadline for Appaloosa to file its opening brief until this Friday, October 12, 2007, at the earliest.

Respectfully submitted,

*Richard S. Kebrdle, Esq. /jp*
Richard S. Kebrdle, Esq.

Cc: Corinne Ball, Esq.
    Richard H. Engman, Esq.
    Heather Lennox, Esq.
    Carl E. Black, Esq.
    Jeffrey B. Ellman, Esq.
    Kate Bushman, Esq.

*Granted nunc pro tunc*
SO ORDERED
LEWIS A. KAPLAN, USDJ
10/15/07

ALMATY  ANKARA  BANGKOK  BEIJING  BERLIN  BRATISLAVA  BRUSSELS  BUDAPEST  DRESDEN  DÜSSELDORF  FRANKFURT  HAMBURG
HELSINKI  HONG KONG  ISTANBUL  JOHANNESBURG  LONDON  LOS ANGELES  MEXICO CITY  MIAMI  MILAN  MOSCOW  MUNICH
NEW YORK  PALO ALTO  PARIS  PRAGUE  RIYADH  SAO PAULO  SHANGHAI  SINGAPORE  STOCKHOLM  TOKYO  WARSAW  WASHINGTON

MIAMI 747476 (2K)