UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DANA CORPORATION, et al.,<br><br>　　　　Debtors.<br><br>APPALOOSA MANAGEMENT L.P.,<br><br>　　　　Appellants.<br><br>v.<br><br>DANA CORPORATION, et al.,<br><br>　　　　Appellees. | Chapter 11<br><br>Case No. 06-10353 (BRL)<br>Jointly Administered<br><br><br><br>07 Civ. 07942 (LAK)<br><br>OCT 15 2007 |

**AMENDED STIPULATION REGARDING BRIEFING SCHEDULE**

On September 28, 2007, the parties, through their respective counsel agreed to, and on October 2, 2007, the Court entered, the Stipulation Regarding Briefing Schedule [Docket No. 3] in respect of the above-captioned appeal. Before Appellant, Appaloosa Management L.P. ("Appaloosa"), filed its opening brief, Appaloosa delivered an investment proposal to Appellees, Dana Corporation, et al. ("Dana"), that would resolve this appeal if accepted. The expiration date (the "Response Date") of that proposal is October 26, 2007 or November 9, 2007, by automatic extension, in the event Dana accepts the proposal but its unions reject it.

To permit further negotiations and the possible resolution of matters related to this appeal, the parties, through their respective counsel, hereby stipulate to the entry of a further order establishing the following revised briefing schedule in the above captioned appeal:

10/12/2007 1 14 PM (2K)
MIAMI 747761 v5 :747761_1 DOC}

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/07

1. Appellant, Appaloosa, shall file and serve its opening brief on the earlier of (i) three (3) days after the Response Date and (ii) sixty (60) days after the execution of this Amended Stipulation Regarding Briefing Schedule.

2. Appellees, Dana, shall file and serve their opening brief twenty (20) days after Appellant files and serve's Appellant's opening brief.

3. Appaloosa shall file and serve its reply brief ten (10) days after Appellees file and serve Appellees' opening brief.

Dated: October 12, 2007
New York, New York

By: _____
J. Christopher Shore (JCS-6031)

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
J. Christopher Shore (JCS-6031)
Gerard Uzzi (GU-2297)

ATTORNEYS FOR APPALOOSA
MANAGEMENT L.P.

Dated: October 12, 2007
New York, New York

By: _____
Kate Bushman (KB-9280)

JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Corinne Ball (CB-8203)
Kate Bushman (KB-9280)

ATTORNEYS FOR DANA CORPORATION,
ET AL.

So-Ordered

_____
U.S.D.J.
10/16/07