KAPLAN, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DANA CORPORATION, et al., | Case No. 06-10353 (BRL) |
| | Jointly Administered |
| Debtors. | |
| APPALOOSA MANAGEMENT L.P., | |
| | 07 Civ. 07942 (LAK) |
| Appellants. | |
| v. | |
| DANA CORPORATION, et al., | |
| Appellees. | |

**STIPULATION REGARDING BRIEFING SCHEDULE**

The parties, through their respective counsel, hereby stipulate to the entry of an order extending the briefing schedule in the above-captioned appeal as follows:

1. Appellant, Appaloosa Management L.P. ("Appaloosa"), shall file and serve its opening brief on Thursday, November 8, 2007.

2. Appellees, Dana Corporation, et al., shall file and serve their opening briefs on Wednesday, November 28, 2007.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/07

3. Appaloosa shall file and serve its reply brief on Monday, December 10, 2007.

Dated: October 29, 2007
New York, New York

Dated: October 29, 2007
New York, New York

By: _____
J. Christopher Shore (JCS-6031)

By: _____
Kate Bushman (KB-9280)

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
J. Christopher Shore (JCS-6031)
Gerard Uzzi (GU-2297)

JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Corinne Ball (CB 8203)
Kate Bushman (KB 9280)

ATTORNEYS FOR APPALOOSA
MANAGEMENT L.P.

ATTORNEYS FOR DANA CORPORATION,
ET AL.

So-Ordered
_____
U.S.D.J.

10/70/07