**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | ) Chapter 11 |
|  | ) |
| DANA CORPORATION, et al., | ) Case No. 06-10353 (BRL) |
|  | ) Jointly Administered |
| Debtors. | ) |
|  | ) |
| APPALOOSA MANAGEMENT L.P., | ) |
|  | ) |
|  | ) 07 Civ. 07942 (LAK) |
| Appellant. | ) |
|  | ) |
| v. | ) |
|  | ) |
| DANA CORPORATION, et al., | ) |
|  | ) |
| Appellees. | ) |
|  | ) |

---

**APPENDIX TO**
**BRIEF OF APPELLANT**

---

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
J. Christopher Shore (JCS-6031)
Gerard Uzzi (GU-2297)


Wachovia Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Thomas E Lauria (*pro hac vice* pending)
Attorneys for Appaloosa Management L.P.

**APPENDIX**

**Document Name**   **Exhibit**

Dana Corporation 8-K, Filed June 29, 2007 ................................................................... A

Order Approving Settlement Agreements With the United Steelworkers and United Autoworkers, and Pursuant to 11 U.S.C. §§ 105(a), 363(b), 364(c), 503 and 507, Authorizing the Debtors to Enter Into Plan Support Agreement, Investment Agreement, and Related Agreements [Docket No. 5879] .............................................................. B

Motion and Memorandum of Law of Debtors and Debtors in Possession to Reject Their Collective Bargaining Agreements and to Modify Their Retiree Benefits Pursuant to Sections 1113 and 1114 of the Bankruptcy Code
[Docket No. 4751 – Redacted] ............................................................................... C

Corrected Joint UAW and USW Objection and Memorandum in Opposition to Debtors' Motion to Reject Their Collective Bargaining Agreements and To Modify Their Retiree Benefits Pursuant to Sections 1113 and 1114 of the Bankruptcy Code
[Docket No. 4806] ................................................................................................. D

Excerpts of Transcript of Hearing Held on March 26, 2007
[5030 – Redacted] .................................................................................................. E

Excerpts of Transcript of Hearing Held on March 27, 2007
[Docket No. 5116] ................................................................................................. F

Excerpts of Transcript of Hearing Held on March 28, 2007
[Docket No. 5123] ................................................................................................. G

Excerpts of Transcript of Hearing Held on March 29, 2007
[Docket No. 5109] ................................................................................................. H

Excerpts of Transcript of Hearing Held on April 3, 2007
[Docket No. 5124] .................................................................................................. I

Debtors' Motion for Entry of an Order (A) Approving Settlement Agreements With the United Steelworkers and United Autoworkers, Pursuant to 11 U.S.C. §§ 1113 and 1114(e) and Federal Rule of Bankruptcy Procedure 9019, and (B) Authorizing the Debtors to Enter Into Plan Support Agreement, Investment

Agreement and Related Agreements, Pursuant to 11 U.S.C. §§
105(a), 363(b), 364(c)(1), 503 and 507
[Docket No. 5645] ..................................................................................................... J

Letter to Judge Lifland From Corinne Ball and Babette Ceccotti,
Dated April 30, 2007 [Docket No. 5186] ............................................................. K

Letter to Judge Lifland From Corinne Ball and Babette Ceccotti,
Dated May 31, 2007 [Docket No. 5410]............................................................... L

Letter to Judge Lifland From Corinne Ball and Babette Ceccotti,
Dated June 15, 2007 [Docket No. 5526]............................................................... M

Letter to Judge Lifland From Corinne Ball, Niraj R. Ganatra, and
David R. Jury, Dated July 2, 2007 [Docket No. 5614]......................................... N

Joint Letter on Behalf of the Debtors and the UAW and the USW
to Judge Lifland With Respect to the Debtors' Motion to Reject
Their Collective Bargaining Agreements and to Modify Their
Retiree Benefits Pursuant to Sections 1113 and 1114(e) of the
Bankruptcy Code [Docket No. 5651] ................................................................... O

Plan Support Agreement by and Among Dana Corporation, United
Steel Workers, International Union, UAW, and Centerbridge
Capital Partners, L.P. [Docket No. 5645, Ex. B]................................................. P

Executed Investment Agreement
[Docket No. 5815] .................................................................................................. Q

Appendix R as Modified by the Amendment to the UAW
Settlement Agreement Dated July 5, 2007 Between Dana
Corporation and International Union, UAW Attached as Exhibit C,
Part 2, to the Order Approving Settlement Agreements With the
United Steelworkers and United Autoworkers, and Pursuant to 11
U.S.C. §§ 105(a), 363(b), 364(c), 503 and 507, Authorizing the
Debtors to Enter Into Plan Support Agreement, Investment
Agreement, and Related Agreements [Docket No. 5879, Ex. C,
Part 2].................................................................................................................... R

Appendix R as Modified by the Amendment to the USW
Settlement Agreement Dated July 5, 2007 Between Dana
Corporation and United Steel Workers, Attached as Exhibit C, Part
1, to the Order Approving Settlement Agreements With the United
Steelworkers and United Autoworkers, and Pursuant to 11 U.S.C.
§§ 105(a), 363(b), 364(c), 503 and 507, Authorizing the Debtors to

Enter Into Plan Support Agreement, Investment Agreement, and
Related Agreements [Docket No. 5645, Ex. C, Part 1] ....................................................... S

Excerpts of Transcript of Hearing Held on July 26, 2007
[Docket No. 5918] ................................................................................................................. T

Exhibits to the Supplemental Objection of Appaloosa Management
L.P. to Motion of Debtors and Debtors in Possession for Entry of
an Order (A) Approving Settlement Agreements With the United
Steelworkers and United Autoworkers, Pursuant to 11 U.S.C. §§
1113 and 1114(e) and Federal Rule of Bankruptcy Procedure 9019,
and (B) Authorizing the Debtors to Enter Into a Plan Support
Agreement, Investment Agreement and Related Agreements,
Pursuant to 11 U.S.C. §§ 105(a), 363(b), 364(c)(1), 503 and 507
[Docket No. 5766] ................................................................................................................. U

Appaloosa's Notice of Appeal to the United States District Court,
Southern District of New York [Docket No. 5966] .............................................................. V

Letter Sent by Appaloosa Management L.P. to the Members of the
Board of Directors of Dana Corporation, Dated July 18, 2007,
Attached as Exhibit 3 to Dana 13D/A, Filed July 19, 2007 ................................................. W

Preliminary Objection of Appaloosa Management L.P. to Motion
of Debtors and Debtors in Possession for Entry of an Order (A)
Approving Settlement Agreements With the United Steelworkers
and United Autoworkers, Pursuant to 11 U.S.C. §§ 1113 and
1114(e) and Federal Rule of Bankruptcy Procedure 9019, and (B)
Authorizing the Debtors to Enter Into a Plan Support Agreement,
Investment Agreement and Related Agreements, Pursuant to 11
U.S.C. §§ 105(a), 363(b), 364(c)(1), 503 and 507
[Docket No. 5656] ................................................................................................................. X

Designated Excerpts of Deposition of Jeffrey H. Aronson on July
20, 2007 .................................................................................................................................. Y

Designated Excerpts of Deposition of Wendy Fields-Jacobs on July
19, 2007 .................................................................................................................................. Z

Designated Excerpts of Deposition of Henry Miller, Dated July 19,
2007. ................................................................................................................................... AA

Objection of the Official Committee of Unsecured Creditors to the
Motion of Debtors and Debtors in Possession for Entry of an Order
(A) Approving Settlement Agreements With the United
Steelworkers and United Autoworkers, Pursuant to 11 U.S.C. §§

1113 and 1114(e) and Federal Rule of Bankruptcy Procedure 9019, and (B) Authorizing the Debtors to Enter Into Plan Support Agreement, Investment Agreement and Related Agreements, Pursuant to 11 U.S.C. §§ 105(A), 363(B), 364(C)(1), 503 and 507 [Docket No. 5756] ...............................................................................................BB

Objection of Brandes Investment Partners, L.P. to Motion of Debtors and Debtors in Possession for Entry of an Order (A) Approving Settlement Agreements With the United Steelworkers and United Autoworkers, Pursuant to 11 U.S.C. §§ 1113 and 1114(e) and Federal Rule of Bankruptcy Procedure 9019, and (B) Authorizing the Debtors to Enter Into Plan Support Agreement, Investment Agreement and Related Agreements, Pursuant to 11 U.S.C. §§ 105(A), 363(B), 364(C)(1), 503 and 507 [Docket No. 5747] ...............................................................................................CC

Joinder of Wilmington Trust Company as Indenture Trustee to Objection of the Official Committee of Unsecured Creditors to Motion of Debtors in Possession For Entry of an Order (A) Approving Settlement Agreements With the United Steelworkers and United Autoworkers, Pursuant to 11 U.S.C. §§ 1113 and 1114(e) and Federal Rule of Bankruptcy Procedure 9019, and (B) Authorizing the Debtors to Enter Into Plan Support Agreement, Investment Agreement and Related Agreements, Pursuant to 11 U.S.C. §§ 105(A), 363(B), 364(C)(1), 503 and 507 [Docket No. 5761] ...............................................................................................DD

Joinder of the Timken Company to Objection of the Official Committee of Unsecured Creditors to the Motion of Debtors in Possession for Entry of an Order (A) Approving  Settlement Agreements With the United Steelworkers and United Autoworkers, Pursuant to 11 U.S.C. §§ 1113 and 1114(e) and Federal Rule of Bankruptcy Procedure 9019, and (B) Authorizing the Debtors to Enter Into Plan Support Agreement, Investment Agreement and Related Agreements, Pursuant to 11 U.S.C. §§ 105(A), 363(B), 364(C)(1), 503 and 507 [Docket No. 5789] ...............................................................................................EE

Second Supplemental Objection of Appaloosa Management L.P. to Motion of Debtors and Debtors in Possession for Entry of an Order (A) Approving Settlement Agreements With the United Steelworkers and United Autoworkers, Pursuant to 11 U.S.C. §§ 1113 and 1114(e) and Federal Rule of Bankruptcy Procedure 9019, and (B) Authorizing the Debtors to Enter Into a Plan Support Agreement, Investment Agreement and Related Agreements,

Pursuant to 11 U.S.C. §§ 105(a), 363(b), 364(c)(1), 503 and 507
[Docket No. 5811] ................................................................................................................. FF

Order, Pursuant to Sections 105, 363, 365, 502 and 503 of the
Bankruptcy Code (A) Authorizing Assumption of
Employment Agreements, as Modified, (B) Approving
Long-Term Incentive Plan and (C) Granting Related Relief
[Docket No. 4386] ............................................................................................................... GG