UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DANA CORPORATION, et al., | Case No. 06-10353 (BRL) |
| Debtors. | Jointly Administered |
| APPALOOSA MANAGEMENT L.P., | |
| Appellant. | 07 Civ. 07942 (LAK) |
| v. | |
| DANA CORPORATION, et al., | |
| Appellees. | |

**CERTIFICATE OF SERVICE**

I, J. Christopher Shore, do hereby certify that on November 8, 2007, I caused a copy of the (i) Opening Brief of Appellant, Appaloosa Management L.P. (the "Brief"), and (ii) Appendix to be filed electronically on the Court's docket, and served by email to the email addresses listed on Schedule A attached hereto.  I further certify that I caused a copy of the Brief to be served by first class United States mail on the parties listed on Schedule B attached hereto.

Dated: New York, New York
November 8, 2007

                                                  WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
J. Christopher Shore (JCS 6031)

Wachovia Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
(305) 371-2700

By:  /s/  J. Christopher Shore
     J. Christopher Shore (JCS 6031)

## Schedule A

corporate.lawdepartment@dana.com
jcohen@stahlcowen.com
tcornell@stahlcowen.com
sschreiber@stahlcowen.com
cball@jonesday.com
rengman@jonesday.com
hlennox@jonesday.com
ceblack@jonesday.com
jbellman@jonesday.com
bceccotti@cwsny.com
dbartner@shearman.com
tmayer@kramerlevin.com
keckstein@kramerlevin.com
mjwilliams@kramerlevin.com
szide@kramerlevin.com
lkruger@stroock.com
khansen@stroock.com
kpasquale@stroock.com
mfeldman@willkie.com
djury@usw.com
lpeterson@msek.com
NGanatra@uaw.net
dfusco@smcnlaw.com
dana@bmcgroup.com

## Schedule B

Marc S. Levin, Esq.
Deputy General Counsel
Dana Corporation
4500 Dorr Street
Toledo, OH 43615

Corinne Ball, Esq.
Richard H. Engman, Esq.
Jones Day
222 East 41st Street
New York, NY 10017-6702

Jeffrey B. Ellman, Esq.
Jones Day
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3053

Douglas P. Bartner, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Lewis Kruger, Esq.
Kristopher M. Hansen, Esq.
Kenneth Pasquale, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Matthew A. Feldman, Esq.
Willkie Garr & Gallagher, LLP
787 Seventh Avenue
New York, NY 10019-6099

Lowell Peterson, Esq.
Meyer, Suozzi, English & Klein PC
1350 Broadway, Suite 501
New York, NY 10018

Jon D. Cohen, Esq.
Trent P. Cornell, Esq.
Scott N. Schreiber, Esq.
Stahl Cowen Crowley LLC
55 W. Monroe Street, Suite 1200
Chicago, IL 60603

Heather Lennox, Esq.
Carl E. Black, Esq.
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

Babette A. Ceccotti, Esq.
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036

Thomas M. Mayer, Esq.
Kenneth H. Eckstein, Esq.
Matthew J. Williams, Esq.
Stephen D. Zide, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Greg M. Zipes, Esq.
Office of The United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004

David R. Jury, Esq.
Counsel to United Steelworkers
Five Gateway Center, Room 807
Pittsburgh, PA 15222

Niraj R. Ganatra, Esq.
UAW International
8000 East Jefferson Avenue
Detroit, MI 48214

| | |
|---|---|
| David M. Fusco, Esq.<br>Schwarzwald & McNair LLP<br>616 Pento Media Building<br>1300 East Ninth Street<br>Cleveland, OH 44114-1503 | The BMC Group Inc<br>Attn: Dana Corporation Noticing<br>1330 E. Franklin Ave.<br>El Segundo, CA  90245 |