UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 )  |
| DANA CORPORATION, et al., | ) Case No. 06-10353 (BRL) ) Jointly Administered |
| Debtors. | ) ) |
| APPALOOSA MANAGEMENT L.P., | ) ) ) |
| Appellants. | ) 07 Civ. 07942 (LAK) ) |
| v. | ) ) |
| DANA CORPORATION, et al., | ) ) |
| Appellees. | ) ) |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/07

**STIPULATION REGARDING BRIEFING SCHEDULE**

The parties, through their respective counsel, hereby stipulate to the entry of an order adjourning the briefing schedule in the above-captioned appeal as follows:

1. Appellees, Dana Corporation, *et al.*, shall file and serve their opening briefs on Wednesday, December 5, 2007.

2. Appellant, Appaloosa Management L.P., shall file and serve its reply brief on Monday, December 17, 2007.

Dated: November 26, 2007
      New York, New York

By: *[signature]*
J. Christopher Shore (JCS-6031) /s/

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
J. Christopher Shore (JCS-6031)
Gerard Uzzi (GU-2297)

ATTORNEYS FOR APPALOOSA
MANAGEMENT L.P.

Dated: November 26, 2007
      New York, New York

By: *[signature]*
Steven C. Bennett (SB-2746)

JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Corinne Ball (CB-8203)
Kate Bushman (KB-9280)

ATTORNEYS FOR DANA CORPORATION,
*ET AL.*

So-Ordered
*[signature]*
U.S.D.J.

11/27/07