Kaplan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DANA CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 06-10353 (BRL)<br>Jointly Administered |
| APPALOOSA MANAGEMENT L.P.,<br><br>Appellants.<br><br>v.<br><br>DANA CORPORATION, et al.,<br><br>Appellees. | 07 Civ. 07942 (LAK) |

IT IS HEREBY STIPULATED AND AGREED, by and between appellant Appaloosa Management, L.P., and debtors-appellees Dana Corporation and its affiliated debtors

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/07
```

(collectively "debtors"), that the above-captioned appeal of Appaloosa be hereby dismissed with prejudice with each party to bear its own costs. *This closes the case.* /s/

Dated: December 10, 2007
New York, New York

By: /s/
Gerard Uzzi (GU-____)

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
J. Christopher Shore (JCS-6031)

ATTORNEYS FOR APPALOOSA
MANAGEMENT L.P.

Dated: December 10, 2007
New York, New York

By: /s/
Kate Bushman (KB-9280)

JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Corinne Ball (CB-8203)
Steven C. Bennett (SB-2746)

ATTORNEYS FOR DANA CORPORATION,
ET AL.

So-Ordered
/s/
U.S.D.J.

12/14/07